UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 15-20615-CIV-MORENO

YENISEY PEREZ and CINTIA CINI,

    *Plaintiffs*,

vs.

ANASTASIA M. GARCIA, P.A. and
ANASTASIA M. GARCIA,

    *Defendants*.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

This is a Fair Labor Standards Act case brought by Yenisey Perez and Cintia Cini to recover for unpaid wages against their former employer, Anastasia M. Garcia, P.A. The Court referred this case to the Honorable John J. O'Sullivan, United States Magistrate Judge, who filed a Report and Recommendation on the Parties' cross-motions for summary judgment. After a careful review of the record, Magistrate O'Sullivan recommended that the Court deny the Parties' motions for summary judgment except where unopposed. The Court now reviews the issues presented in the Parties' motions briefs and objections to the Report and Recommendation *de novo*. Being fully advised in the premises of the Parties' cross-motions for summary judgment, it is adjudged that Magistrate O'Sullivan's Report and Recommendation is affirmed and adopted.

Beginning with the Defendants' motions for summary judgment, Magistrate O'Sullivan outlined the ways in which the Parties vehemently dispute (by testimonial and record evidence) whether Mr. Perez was a salaried employee, thus creating a genuine issue of material fact. The

Court further adheres to Magistrate O'Sullivan's common sense application of judicial estoppel to the facts of this case, by which the Defendants will not reap the benefits of their own employee's failure to disclose Ms. Perez's overtime claim while representing her in state court.

Turning to the Plaintiffs' motion for summary judgment, Magistrate O'Sullivan notes that the Defendants did not address the executive/managerial exemption as applied to Ms. Perez, so the Court holds that the executive/managerial exemption does not apply. Likewise, the Defendants acknowledge that Ms. Cini is entitled to recover payment for some hours that she reported but for which she was not compensated time and one-half rate. As discussed in the Magistrate's Report and Recommendation, however, genuine issues of material fact remain with regard to the number of hours that Ms. Perez's worked beyond her scheduled time, and with regard to Ms. Cini's unreported hours worked (and the Defendants' constructive knowledge of those hours). Accordingly, it is adjudged that the Defendants' motion for summary judgment is denied, and the Plaintiffs' motion for summary judgment is denied except where unopposed.

DONE AND ORDERED in Chambers at Miami, Florida, this 26th day of August, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

United States Magistrate Judge John O'Sullivan

Counsel of Record