UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20615-CV-JJO

YENISEY PEREZ, et al.

**_DO NOT DESTROY_**

v.

ANASTASIA M. GARCIA, et al.
_____/

JURY QUESTION

We have reached a verdict.

_____
FOREPERSON
___2/4/16_____
Date

_____
RESPONSE OF THE COURT



_____
THE HONORABLE JOHN J. O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20615-CV-JJO

YENISEY PEREZ, et al.

**_DO NOT DESTROY_**

v.

ANASTASIA M. GARCIA, et al.
_____/

### JURY QUESTION

Can ~~~~ we change the name of the Foreman

_____
FOREPERSON

_____
Date

---

RESPONSE OF THE COURT

That is within the discretion of the jury.

_____
THE HONORABLE JOHN J. O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20615-CV-JJO

YENISEY PEREZ, et al.

**_DO NOT DESTROY_**

v.

ANASTASIA M. GARCIA, et al.
_____/

### JURY QUESTION

Need the manuscript for the accountant

FOREPERSON

2-4-16
Date

---

RESPONSE OF THE COURT

Assuming you are asking for a transcript of the accountant's testimony that is not available and you should rely on your collective memories. Please clarify with another note if you are inquiring about something else.

THE HONORABLE JOHN J. O'SULLIVAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20615-CV-JJO

YENISEY PEREZ, et al.

**_DO NOT DESTROY_**

v.

ANASTASIA M. GARCIA, et al.
_____/

## JURY QUESTION

According to FLSA there are 10 factors for consideration for whether or not employee exercises discretion for duties. If employee exercises at least one duty or part of a single listed duty, would that consider her as exercising "discretion"?

_____
FOREPERSON

_____2/4/16_____
Date

---

### RESPONSE OF THE COURT

That is a decision for the jury to make. Please consider all the instructions regarding the asserted exemptions as outlined in pages 8 through 11 of the instructions.

_____
THE HONORABLE JOHN J. O'SULLIVAN