UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20615-CIV-O'SULLIVAN

[CONSENT CASE]

YENISEY PEREZ, CINTIA CINI, and all others )
similarly situated under 29 U.S.C. 216(b), )
               )
     Plaintiffs, )
vs. )
               )
ANASTASIA M. GARCIA, P.A., ANASTASIA )
M. GARCIA, )
               )
     Defendants. )
_____ )
               )

## VERDICT FORM

**Do you find by a preponderance of the evidence:**

**Plaintiff PEREZ:**

### ADMINISTRATIVE EXEMPTION

1. That the Defendants proved that Plaintiff PEREZ was exempt from overtime wage requirements under the Fair Labor Standards Act as an administrative employee?

  YES _____    NO __X__

If you answered "YES," do not answer questions 2 through 4 and continue onto question number 5.

If you answered "NO," continue to the next question.

2. That Defendants failed to pay Plaintiff PEREZ overtime pay required by law under the FLSA for the relevant time period.

  YES __X__    NO _____

If you answered "YES," continue to the next question.

             1 of 2

SCANNED

If you answered "NO," do not answer questions 3 and 4 and continue to question number 5.

## DAMAGES

3. That Plaintiff PEREZ should be awarded overtime wages in what amount?

$ 10,099.76

## WILLFULNESS

4. That Defendants either knowingly or recklessly failed to pay Plaintiff PEREZ her overtime pay required by law under the FLSA?

Yes __X__ No _____

**Plaintiff CINI:**

5. That Defendants failed to pay Plaintiff CINI overtime pay required by law under the FLSA for the relevant time period.

YES __X__     NO _____

If you answered "YES," continue to the next question.

If you answered "NO," do not answer question number 6 and continue to the signature line.

## DAMAGES

6. That Plaintiff CINI should be awarded overtime wages in what amount?

$ 1090.00

SO SAY WE ALL.

_____
JURY FOREPERSON
2/4/16
DATE