AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__Southern__ DISTRICT OF __Florida__

Yenisey Perez, et al

v.

Anastasia M. Garcia, P.A.

### EXHIBIT AND WITNESS LIST

Case Number: 15-CV-20615

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| John J. O'Sullivan | Janic Zidell | Eddy Marban |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 2/2- | Glenda Powers | Clem Hammond |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ✓ | | 2/2 | | | Anastasia Garcia |
| ✓ | | | 9 | ✓ | Payroll Item Detail J-D 2014 into Cini |
| ✓ | | | | | Christine DiFigre Kirsch |
| ✓ | | | 12 | ✓ | Payroll Farm Acct/ Payroll Details 2010-2015 |
| | ✓ | | 1 | ✓ | Payroll Record of Yenisey Perez |
| ✓ | | | 10 | ✓ | Plntff Cintia Cini bag Stubs |
| ✓ | | | 1 | ✓ | Plntff Amended Statement of Claim |
| | ✓ | | 30 | ✓ | Text Messages produced by Plntff per Ct. Order |
| | ✓ | | 32 | ✓ | Facebook Photo of Perez |
| | | 2/3 | | | Natalia Rodriguez |
| | ✓ | | 48 | ✓ | Letter of Resignation of Natalia Rodriguez |
| | | | | | Frank Pamarejo-Martin |
| | | | | | Cintia Cini |
| | | | | | Yenisey Perez |
| | ✓ | | 24 | ✓ | E-Mail between parties 1/16/14 |
| | ✓ | | 2 | ✓ | Payroll Record |
| ✓ | | | 8 | ✓ | Composite Exhibit - Payroll 1/10 - 2/15 for Perez |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages